## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: BUBAN, WILLIAM J. | § | Case No.  16-82599 |
| BUBAN, PATRICIA E. | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$129,470.00_          Assets Exempt:  _$8,000.00_
*(without deducting any secured claims)*

Total Distribution to Claimants:_$1,823.53_          Claims Discharged
                                                  Without Payment: _$17,334.10_

Total Expenses of Administration:_$798.40_

3)  Total gross receipts of $    2,621.93    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2** ), yielded net receipts of  $2,621.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 798.40 | 798.40 | 798.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 9,500.00 | 19,157.63 | 19,157.63 | 1,823.53 |
| **TOTAL DISBURSEMENTS** | $9,500.00 | $19,956.03 | $19,956.03 | $2,621.93 |

4) This case was originally filed under Chapter 7 on November 03, 2016. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2018_____   By: /s/JOSEPH D. OLSEN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking: Debtor 1 & 2 have joint checking & sav | 1129-000 | 2,616.47 |
| Deposits of money: Debtor 2 and their 33 year da | 1129-000 | 5.46 |
| **TOTAL GROSS RECEIPTS** | | **$2,621.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 655.48 | 655.48 | 655.48 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 12.92 | 12.92 | 12.92 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 0.00 | 0.00 | 0.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $798.40 | $798.40 | $798.40 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 3,387.01 | 3,387.01 | 322.40 |
| 2 | Discover Bank | 7100-000 | 9,500.00 | 9,210.89 | 9,210.89 | 876.74 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Mercy Health - Rockford Health Physicians | 7100-000 | N/A | 1,519.28 | 1,519.28 | 144.61 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 1,362.78 | 1,362.78 | 129.72 |
| 5 | U.S. Bank N.A. dba Elan Financial Services | 7100-000 | N/A | 1,996.17 | 1,996.17 | 190.01 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,681.50 | 1,681.50 | 160.05 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $9,500.00 | $19,157.63 | $19,157.63 | $1,823.53 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 16-82599 | **Trustee:** (330400) JOSEPH D. OLSEN |
| **Case Name:** BUBAN, WILLIAM J. | **Filed (f) or Converted to (c):** 11/03/16 (f) |
| BUBAN, PATRICIA E. | **§341(a) Meeting Date:** 12/15/16 |
| **Period Ending:** 05/18/18 | **Claims Bar Date:** 03/29/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1516 West Riverside, Rockford, IL 61103-1631, Wi | 106,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking: Debtor 1 & 2 have joint checking & sav | 8,500.00 | 2,616.47 | | 2,616.47 | FA |
| 3 | Deposits of money: Debtor 2 and their 33 year da | 14.00 | 5.46 | | 5.46 | FA |
| 4 | Debtor 1 & 2 have various items of household goo | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Debtor 1 & 2 have various items of clothing, t L | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 2013 Chevrolet Captiva, 53,000 miles, Location: | 7,754.00 | 4,000.00 | | 0.00 | FA |
| 7 | 2 dogs, Location: 1516 West Riverside, Rockford | 0.00 | 0.00 | | 0.00 | FA |
| 8 | VOIDED | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Northwest Bank account | 1,726.00 | 0.00 | | 0.00 | FA |
| 10 | VOIDED | 0.00 | 0.00 | | 0.00 | FA |
| 11 | IRA: Prudential Trust Company, C/F The IRA of Wi | 7,340.00 | 0.00 | | 0.00 | FA |
| 12 | VOIDED (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | VOIDED (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | VOIDED | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2003 Chevrolet Avalanche, 150,000 miles, Debtor (u) | 6,000.00 | 0.00 | | 0.00 | FA |
| 16 | Televisions and a radio (u) | 50.00 | 0.00 | | 0.00 | FA |
| 16 | **Assets   Totals** (Excluding unknown values) | **$137,984.00** | **$6,621.93** | | **$2,621.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

During 2017 it was determined there was nothing else to administer from the Bankruptcy Estate and the Trustee had to determine whether to just abandon the cash he has on hand and file a no asset report or file an asset report. The Trustee determined to file a final report even though it is minimal cash and will do so in the first few months of 2018.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2017 | **Current Projected Date Of Final Report (TFR):** | February 21, 2018  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-82599 | |
| **Case Name:** | BUBAN, WILLIAM J. | |
| | BUBAN, PATRICIA E. | |
| **Taxpayer ID #:** | **-***0139 | |
| **Period Ending:** | 05/10/18 | |

| | |
|---|---|
| **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******7266 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/16 | {2} | JP Morgan Chase Bank | | 1129-000 | 2,616.47 | | 2,616.47 |
| 12/27/16 | {3} | JP Morgan Chase Bank | | 1129-000 | 5.46 | | 2,621.93 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,611.93 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,601.93 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,591.93 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,581.93 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,571.93 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,561.93 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,551.93 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,541.93 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,531.93 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,521.93 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,511.93 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,501.93 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,491.93 |
| 03/21/18 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $12.92, Trustee Expenses;  Reference: | 2200-000 | | 12.92 | 2,479.01 |
| 03/21/18 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $655.48, Trustee Compensation;  Reference: | 2100-000 | | 655.48 | 1,823.53 |
| 03/21/18 | 103 | Mercy Health - Rockford Health Physicians | Dividend paid  9.51% on $1,519.28; Claim# 3; Filed: $1,519.28; Reference: | 7100-000 | | 144.61 | 1,678.92 |
| 03/21/18 | 104 | Capital One, N.A. | Dividend paid  9.51% on $1,362.78; Claim# 4; Filed: $1,362.78; Reference: | 7100-000 | | 129.72 | 1,549.20 |
| 03/21/18 | 105 | U.S. Bank N.A. dba Elan Financial Services | Dividend paid  9.51% on $1,996.17; Claim# 5; Filed: $1,996.17; Reference: | 7100-000 | | 190.01 | 1,359.19 |
| 03/21/18 | 106 | Portfolio Recovery Associates, LLC | Dividend paid  9.51% on $1,681.50; Claim# 6; Filed: $1,681.50; Reference: | 7100-000 | | 160.05 | 1,199.14 |
| 03/21/18 | 107 | Discover Bank | Combined Check for Claims#1,2 | | | 1,199.14 | 0.00 |
| | | | Dividend paid  9.51% on              322.40 $3,387.01;  Claim# 1; Filed: $3,387.01 | 7100-000 | | | 0.00 |
| | | | Dividend paid  9.51% on              876.74 $9,210.89;  Claim# 2; Filed: $9,210.89 | 7100-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| | Subtotals : | $2,621.93 | $2,621.93 |

{} Asset reference(s)

Printed: 05/10/2018 10:26 AM    V.13.32

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 16-82599 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | BUBAN, WILLIAM J. | | Bank Name: | Rabobank, N.A. |
| | BUBAN, PATRICIA E. | | Account: | ******7266 - Checking Account |
| Taxpayer ID #: | **-***0139 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 05/10/18 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 2,621.93 | 2,621.93 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 2,621.93 | 2,621.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,621.93 | $2,621.93 | |

| Net Receipts : | 2,621.93 |
| Net Estate : | $2,621.93 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7266 | 2,621.93 | 2,621.93 | 0.00 |
| | $2,621.93 | $2,621.93 | $0.00 |

{} Asset reference(s)